IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE CARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2528 Ml/An |
| | ) | |
| AMISUB (SFH), INC. d/b/a | ) | |
| ST. FRANCIS HOSPITAL and | ) | |
| B. LAWSON, M.S., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER DENYING MOTION FOR EXTENSION OF TIME FOR WRITTEN DISCOVERY AS MOOT

Before the Court is Plaintiff's motion for an extension of time for written discovery, filed February 1, 2005. Because the time period relevant to the motion has since elapsed, the Court DENIES the motion as moot.[1]

SO ORDERED this 26 day of April, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes, however, that Plaintiff showed good cause in the motion for an extension of time. Accordingly, Plaintiff may file a motion with the Court if additional time is necessary to complete written discovery.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:03-CV-02528 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Karen S. Koplon
THE HARDISON LAW FIRM
119 South Main St.
Ste. 300
Memphis, TN 38103

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Honorable Jon McCalla
US DISTRICT COURT