IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BRUCE CARD,

    Plaintiff,

vs.

No.   03-2528 Ml/An

AMISUB (SFH), INC. d/b/a ST.
FRANCIS HOSPITAL and
B. LAWSON, M.S.,

    Defendants.

## ORDER DENYING MOTION TO COMPEL

Before the Court is Plaintiff's Motion to Compel filed on June 17, 2005. Plaintiff failed to file a Certificate of Consultation as required by Local Rule 7.2(a)(1)(B) of the Local Rules of the United States District Court for the Western District of Tennessee. Local Rule 7.2(a)(1)(B) provides:

> <u>Consultation by Counsel.</u> All motions, including discovery motions, but not including motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a certificate of counsel (with one copy) affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion. Failure to file an accompanying certificate of consultation may be deemed good grounds for denying the motion.
>
> The certificate must contain the names of participating counsel and the date and manner of consultation. The burden will be on counsel filing the motion to initiate the conference upon giving reasonable notice of the time, place and specific nature of the conference. If an opposing counsel or party refuses to cooperate in the conduct of a conference, counsel must file certificate to that effect, setting out counsel's efforts to comply with this rule.

1   This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-28-05



Therefore, the motion is **DENIED** without prejudice. Plaintiff is welcome to re-file the instant motion after complying with the Local Rules.

    **IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE  June 24, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:03-CV-02528 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Karen S. Koplon
THE HARDISON LAW FIRM
119 South Main St.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT