IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 22  AM 10: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| BRUCE CARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2528 Ml/An |
| | ) | |
| AMISUB (SFH), INC. d/b/a | ) | |
| ST. FRANCIS HOSPITAL and | ) | |
| B. LAWSON, M.S., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER SETTING ASIDE MAGISTRATE JUDGE'S MAY 27, 2005, ORDER
AND ORDER SETTING TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**

The United States Magistrate Judge entered an Order Granting in Part and Denying in Part Emergency Motion to Extend All Deadlines and to Set a New Rule 16(b) Scheduling Conference on May 27, 2005. Plaintiff filed an objection to that order on June 17, 2005, to which Defendants responded on June 28, 2005.

The Court has reviewed the parties' original motions, the magistrate judge's order, Plaintiff's objection, and Defendants' response. Based on this review, the Court finds it appropriate to set aside the magistrate judge's May 27, 2005, Order and set a new trial schedule.

Accordingly, the Court sets a telephonic Rule 16(b) Scheduling Conference in this case for <u>Wednesday, August 31, 2005, at 9:00 a.m.</u> Plaintiff Card shall initiate the call to the

Court with all parties on the line.

So ORDERED this 19 day of August, 2005.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:03-CV-02528 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Karen S. Koplon
THE HARDISON LAW FIRM
119 South Main St.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT