IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 SEP -1 PM 3:58
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| BRUCE CARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 03-2528 Ml/An |
| | ) |
| AMISUB (SFH), INC. d/b/a | ) |
| ST. FRANCIS HOSPITAL and | ) |
| B. LAWSON, M.S., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER FOLLOWING SCHEDULING CONFERENCE AND ORDER SETTING
DISCOVERY AND TRIAL SCHEDULE**

The Court held a scheduling conference by telephone in this case on Wednesday, August 31, 2005. Plaintiff was represented by James W. Hodges, Jr., Esq. Defendants were represented by Jerry O. Potter, Esq. The Court hereby sets a new scheduling order as follows:

Discovery/Motions:

Disclosure of Plaintiff Bruce Card's medical and psychiatric records:
    September 30, 2005

Completion of fact witness depositions[1]: October 17, 2005

Disclosure of Plaintiff's expert witness reports: December 2, 2005

Disclosure of Defendants' expert witness reports: January 30, 2006

Filing dispositive motions: January 30, 2006

Completion of expert witness depositions: March 15, 2006

---

[1] Pursuant to the parties' agreement at the conference, Defendants' deposition of Plaintiff Bruce Card will take place prior to Plaintiff's deposition of Defendant Lawson.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9/2/05___

51

Trial:

The jury trial in this matter is set to begin <u>Monday, April 24, 2006, at 9:30 a.m.</u>

Pretrial Conference: <u>Tuesday, April 18, 2006, at 9:00 a.m.</u>

Pretrial Order: The pretrial order and proposed jury instructions and voir dire questions are due no later than <u>4:30 p.m. on Tuesday, April 11, 2006</u>

So ORDERED this <u>1</u> day of September, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:03-CV-02528 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Karen S. Koplon
THE HARDISON LAW FIRM
119 South Main St.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT