IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BRUCE CARD, | ) |
| Plaintiff, | ) |
| v. | ) No. 03-2528 Ml/An |
| AMISUB (SFH), INC. d/b/a ST. FRANCIS HOSPITAL and B. LAWSON, M.S., | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

Before the Court is Defendant Amisub's (SFH), Inc., d/b/a St. Francis Hospital Motion to Dismiss and/or for Summary Judgment, filed June 29, 2005. Under Local Rule 7.2(a)(2) and Fed. R. Civ. P. 6, a response to the motion was due on or before August 1, 2005. To date, Plaintiff has not filed a response. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this Order why Defendant's motion should not be granted.[1]

Failure to respond to this Order to Show Cause in a timely manner may result in the Court granting Defendant's motion.

---

[1] To comply with this Order, Plaintiff must file a written response to the motion.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05

IT IS SO ORDERED this 15 day of December, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:03-CV-02528 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Karen S. Koplon
THE HARDISON LAW FIRM
119 South Main St.
Ste. 300
Memphis, TN 38103

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Honorable Jon McCalla
US DISTRICT COURT